**Dismissed and Memorandum Opinion filed August 19, 2025**



In The

# Fifteenth Court of Appeals

---

### NO. 15-25-00049-CV

---

**CHARLES LEWIS, Appellant**

**V.**

**DAN WILLEMS, Appellee**

---

**On Appeal from the County Court at Law No 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-24-07085-A**

---

### MEMORANDUM OPINION

This appeal is from a judgment signed February 26, 2025. The clerk's record was filed March 25, 2025. The reporter's record was filed June 3, 2025. No brief was filed.

On July 16, 2025, we issued a notice stating that appellant's brief was due July 3, 2025, and that the Court may dismiss the appeal for want of prosecution unless appellant reasonably explains the failure to timely file a brief and how appellee is not significantly injured by that failure. Tex. R. App. P. 38.8(a)(1). The

notice further states that if appellant does not file either a motion for extension of time to file a brief or a brief accompanied by a motion for extension with this Court by July 28, 2025, the appeal would be subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b).

On July 30, 2025, this Court received two documents from appellant titled "Voided Judgment" and "Notice of Removal". Neither of these documents includes a request for extension to file a brief nor explains appellant's failure to timely file a brief and how appellee is not significantly injured by that failure.

We therefore dismiss the appeal for want of prosecution. *Id.*

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.